IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MICHAEL HALL and JAMES HALL,

    Plaintiffs,

v.        No. CV 20-1216 JB/GBW

TOTAL INSURANCE BROKERS LLC,
and Jane Does 1-5,

    Defendants.

## ORDER OF DISMISSAL

Defendant Total Insurance Brokers LLC ("TIB") filed its Doc. 15 on 1/27/21, a Motion for Judgment on the Pleadings or in the Alternative Motion for Stay. Plaintiffs filed their Doc. 16 on 2/8/21, an Unopposed Motion to Dismiss consenting to the relief sought by TIB's Doc. 15. As shown by the approvals of counsel for the parties appearing below, this Order is stipulated and agreed to by the parties. IT IS THEREFORE ORDERED that the above-entitled and numbered cause is hereby DISMISSED. Dismissal as to TIB is with prejudice. Dismissal as to "Jane Does 1-5" is without prejudice. TIB and Plaintiffs will each bear their own fees and costs as to each other.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Sid Childress
_____
Sid Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
(505) 433 - 9823
childresslaw@hotmail.com
Attorney for Plaintiffs

Approved by:

**HOLLAND & HART LLP**

By: _____*/s/ Larry J. Montaño*_____
      Larry J. Montaño
110 N. Guadalupe, Suite 1
Post Office Box 2208
Santa Fe, New Mexico 87505
TEL:   (505) 988-4421
FAX:   (505) 983-6043
*lmontano@hollandhart.com*

**ATTORNEYS FOR DEFENDANT
TOTAL INSURANCE BROKERS LLC**