IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL HALL and
JAMES HALL,

        Plaintiffs,

vs.                                                                         No. CIV 20-1216 JB\GBW

TOTAL INSURANCE BROKERS LLC,
and Jane Does 1-5

        Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order of Dismissal, filed February 11, 2021 (Doc. 17)("Order").

The Court orders: (i) "the cause is hereby dismissed"; (ii) "[d]ismissal as to TIB with prejudice," and "[d]ismissal as to 'Jane Does 1-5' . . . without prejudice," and (ii) orders that "TIB and Plaintiffs will each bear their own fees and costs as to each other." Order at 1 (no citation for quotation). With no further claims or parties before the Court, the Court now enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) this case is dismissed as to Total Insurance Brokers LLC with prejudice; (ii) this case is dismissed as to "Jane Does 1-5" without prejudice, and (iii) Final Judgment is entered.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

*Counsel:*

Sid Childress
Sid Childress, Lawyer
Santa Fe, New Mexico

    *Attorney for the Plaintiffs*

Larry J. Montaño
Holland & Hart LLP
Santa Fe, New Mexico

    *Attorney for the Defendant*